ELLIOT M. KATZ; In Defense of Animals, Plaintiffs–Appellees,

v.

UNITED STATES of America; Corbin Lee, Major; Brian O'Neill; Steven Parker, Sergeant; Glynn C. Mallory, Jr., General, Defendants,

and Donald Saucier, Private, Defendant–Appellant.

No. 98–16298.

United States Court of Appeals, Ninth Circuit.

Filed Aug. 23, 2001

Before: THOMPSON and GRABER, Circuit Judges, and CARROLL, District Judge.[1]

ORDER

By the mandate of the Supreme Court in *Saucier v. Katz*, 533 U.S. ——, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001), the judgment of this court, 194 F.3d 962, is reversed. Accordingly, the judgment of the district court denying the defendant Saucier's motion for summary judgment is reversed, and the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.